**CRIMINAL COMPLAINT**

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA    RECEIVED    LODGED COPY FILED |
| | DOCKET NO. |
| **United States of America** | JUN - 2 2008 |
| v. | |
| Joselito VALDOVINOS-Maciel | CLERK U S DISTRICT COURT |
| Year of Birth: 1983   A078 183 889 | MAGISTRATE'S CASE N  DISTRICT OF ARIZONA |
| Citizen of: Mexico | BY_____DEPUTY |
| BP Case Control #: TCA-0806-0011 | 08-01636M |

| Complaint for violation of Title | 8 | United States Code | § | 1326 |
|---|---|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 29, 2008, at or near Arivaca, Arizona, in the District of Arizona, Joselito VALDOVINOS-Maciel, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on October 25, 2007, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b) (2).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Joselito VALDOVINOS-Maciel is a citizen of Mexico. On October 25, 2007, Joselito VALDOVINOS-Maciel was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On May 29, 2008, agents found VALDOVINOS-Maciel in the United States at or near Arivaca, Arizona. VALDOVINOS-Maciel did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

Border Patrol Agent(s) **Harvey, S.**

| AUTHORIZED BY AUSA DETENTION REQUESTED | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | OFFICIAL TITLE    Senior Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE (1) | DATE    **June 02, 2008** |

1) See Federal Rules of Criminal Procedure Rules 3 and 54.

AO 91 (Rev. 11/82)